■ MACKE BUILDING SERVICES, INC., Appellant, v SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32B-32J, AFL-CIO, Respondent.—Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), entered on or about May 1, 1987, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Motion by appellant to enlarge the record on appeal to include a supplemental appendix granted. No opinion. Concur—Sullivan, J. P., Ross, Asch, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVERT DIAZ, Appellant.—Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered on August 6, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Ross, Asch, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD BUTLER, Appellant.—Argument of the appeal from the judgment of the Supreme Court, New York County (Leon Becker, J.), rendered on May 21, 1986, unanimously held in abeyance, and the application by appellant's counsel to withdraw is denied as indicated. No opinion. Concur—Sullivan, J. P., Ross, Asch, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS MORALES, Appellant.—Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered on May 7, 1986, unanimously affirmed. Motion by appellant for leave to enlarge the record on appeal to include certain exhibits denied. No opinion. Concur—Sullivan, J. P., Ross, Asch, Milonas and Kassal, JJ.

■ ROBERT SMITH et al., Respondents, v NEW YORK CITY HEALTH & HOSPITALS CORPORATION, Appellant, and UPPER MANHATTAN MEDICAL GROUP et al., Respondents.—Order, Supreme Court, New York County (Eve Preminger, J.), entered on January 27, 1988, unanimously affirmed, without costs and without disbursements. (Cf., Corradino v Corradino, 48 NY2d 894.) Concur—Kupferman, J. P., Sullivan, Kassal and Rosenberger, JJ.